# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

_____ Division

RECEIVED
DEC 23 2025
US DISTRICT COURT
MID DIST TENN

Robert L. Fitzgerald Jr.
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names)

-v-

Franklin Police Dept. / Williamson County Jucliuing
_Defendant(s)_
(Write the full name of each defendant who is being sued If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names Do not include addresses here)

Case No. _____
_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files Under this rule, papers filed with the court should _not_ contain· an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number, the year of an individual's birth; a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Robert L. Fitzgerald Jr.
   All other names by which you have been known: N/A
   ID Number: #68772
   Current Institution: Williamson County Jail
   Address: 408 Century Ct.
   Franklin, TN 37064
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both Attach additional pages if needed

   Defendant No 1
   Name: Franklin Police Dept.
   Job or Title (if known): Detectives
   Shield Number:
   Employer: Franklin Police Dept
   Address: Franklin, TN 37064
   City / State / Zip Code
   [ ] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Williamson County Judicial
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: Franklin, TN 37064
   City / State / Zip Code
   [ ] Individual capacity  [X] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City            State           Zip Code

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  City            State           Zip Code

  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U S C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" Under *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights

A.  Are you bringing suit against *(check all that apply)*.

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C § 1983 If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  Legal Malpractice - ineffective Assistance of Counsel - 6th Amend
  Denial of Due Process, Denial of Involuntary Continuances 5 ¢ 14 Amend. Violation

C  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U S C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed

Denial of Involuntary Continuances
Due Process - 5 & 14 Amend. Violation
Legal malpractice - Ineffective Assistance of Counsel - 6th Amend

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims Do not cite any cases or statutes If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose

Franklin Police has been harassing my family and has be tampering with my case. They are with holding Motion of Discovery and are denying me of due Process and Effective Counsel

B If the events giving rise to your claim arose in an institution, describe where and when they arose.

Williamson County Judicial is not allowing me to have Motion of Discovery. They're charges are hear say, no physical evidence at all has been present They've yet to present me with speedy trial which is violating my rights.

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

From Feb 2025 till now Dec 2025 and counting.

    D.    What are the facts underlying your claim(s)? *(For example What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive

N/A

## VI. Relief

State briefly what you want the court to do for you Make no legal arguments. Do not cite any cases or statutes If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged Explain the basis for these claims

Pay for my car an all the days I've been incarcerated. To be granted freedom.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted"

Administrative remedies are also known as grievance procedures  Your case may be dismissed if you have not exhausted your administrative remedies

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Williamson County Jail Franklin, TN 37064

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance.

1. Where did you file the grievance?

   _N/A_

2. What did you claim in your grievance?

   _N/A_

3. What was the result, if any?

   _N/A_

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _N/A_

F. If you did not file a grievance

1. If there are any reasons why you did not file a grievance, state them here.

They didn't provide such That I know of

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any

Board of Responsibilities, Nov. 2025, via mail, no response given yet.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

That my mail isn't reaching its destination and my case is being tampered with.

*(Note You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies )*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U S C § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A    Pending_

C Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A   Pending_____

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of signing     12/12/25

Signature of Plaintiff
Printed Name of Plaintiff     Robert L. Fitzgerald Jr.
Prison Identification #     # 68772
Prison Address     408 Century Ct.
                   Franklin          TN     37064
                   *City*           *State*  *Zip Code*

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                   *City*           *State*  *Zip Code*
Telephone Number
E-mail Address

Mr. Robert Lee Fitzgerald Jr.
c/o Williamson County Jail
408 Century Court
Franklin, TN 37024

Legal Mail!!!!
official Business

RECEIVED
DEC 23 2025
US DISTRICT COURT
MID DIST TENN

Clerk, U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tennessee 37203

Legal Mail

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

Williamson County Sheriff's Office

Official Business

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022